UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

GABRIELLE PEREZESPEJO,

    Plaintiff,

v.                                   CASE NO. 8:21-cv-2217-SDM-SPF

CREDIT CONTROL SERVICES, INC.,

    Defendant.
_____/

## ORDER

Local Rule 1.08 permits Times New Roman typeface if the main text is at least 14-point. The plaintiff's amended complaint (Doc. 11) violates this rule and is **STRICKEN**. Not later than **OCTOBER 20, 2021**, the plaintiff must again amend the complaint to comply with the requirements of Local Rule 1.08.

ORDERED in Tampa, Florida, on October 15, 2021.

STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE